# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 12, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158953

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RACHEL C. BROWN,
   Plaintiff-Appellant,

v

              SC: 158953
              COA: 342616
              Ingham CC: 17-000185-AA

CIVIL SERVICE COMMISSION,
   Defendant-Appellee.

_____/

   On order of the Court, the application for leave to appeal the October 10, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 12, 2019



             Clerk

s0605